1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7                  FOR THE DISTRICT OF ARIZONA

8

9   Robert Shelton,                    )      No. CV 05-391 PHX-EHC (LOA)
                                        )
10            Plaintiff,                )      **REPORT AND RECOMMENDATION**
                                        )
11  vs.                                 )
                                        )
12  Maricopa County Sheriff's Office, et al.,  )
                                        )
13            Defendants.               )
                                        )
14  _____     )

15          This matter arises on the Court's review of the file.  Plaintiff commenced this action on

16  February 1, 2005. (document # 1) On October 11, 2005, the Court granted Plaintiff in forma

17  pauperis status and ordered service on Defendant Arpaio.  (document # 7) In that same Order,

18  the Court directed Plaintiff to immediately notify the Court in writing of any change in his

19  address and warned Plaintiff that failure to do so could result in dismissal of this action.

20          Thereafter, on October 17, 2005 and October 24, 2005, the Court received returned mail

21  addressed to Plaintiff marked "not in custody."  (documents ## 8, 9) The returned mail

22  evidences Plaintiff's failure to comply with the Court's October 11, 2005 Order.  In view of

23  Plaintiff's failure to comply with the Court's Order, the Court ordered Plaintiff to show cause

24  on or before November 30, 2005 why his action should not be dismissed without prejudice for

25  failure to comply with Court orders.  See, FED.R.CIV.P. 41(b)(stating that the court may dismiss

26  an action for failure to comply with any order of court.)

27          On November 8, 2005, the Court again received returned mail addressed to Plaintiff

28  marked "released-no forwarding information available."  (document # 11) Plaintiff has neither

1   notified the Court of his current address nor otherwise responded to the Court's Order to Show

2   Cause.  In view of Plaintiff's repeated failure to notify the Court of his current address in

3   violation of Court orders, this matter should be dismissed.  See Carey v. King, 856 F.2d 1439,

4   1440 (9th Cir. 1988)(holding that district court did not abuse its discretion in dismissing pro se

5   plaintiff's complaint for failure to advise the court of his current mailing address.)

6         Accordingly,

7         IT IS HEREBY RECOMMENDED that this matter be **DISMISSED** based on Plaintiff's

8   failure to comply with Court orders.  See Fed.R.Civ.P.41(b)

9         This recommendation is not an order that is immediately appealable to the Ninth Circuit

10  Court of Appeals.  Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of  Appellate

11  Procedure, should not be filed until entry of the District Court's judgment.  The parties shall

12  have ten days from the date of service of a copy of this recommendation within which to file

13  specific written objections with the Court.  *See,* 28 U.S.C. § 636(b)(1); Rules 72, 6(a), 6(e),

14  Federal Rules of Civil Procedure.  Thereafter, the parties have ten days within which to file a

15  response to the objections.  Failure timely to file objections to the Magistrate Judge's Report and

16  Recommendation may result in the acceptance of the Report and Recommendation by the

17  District Court without further review.  *See United States v. Reyna- Tapia*, 328 F.3d 1114, 1121

18  (9th Cir. 2003).  Failure timely to file objections to any factual determinations of the Magistrate

19  Judge will be considered a waiver of a party's right to appellate review of the findings of fact

20  in an order or judgment entered pursuant to the Magistrate Judge's recommendation. *See*, Rule

21  72, Federal Rules of Civil Procedure.

22        Dated this 23rd day of December, 2005.

23

24

25

26                              Lawrence O. Anderson
                                United States Magistrate Judge

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28