1                                                                                                    JKM

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

Robert Shelton,                          )        No. CV 05-0391-PHX-EHC
9                                        )
              Plaintiff,                 )        **ORDER**
10                                       )
vs.                                      )
11                                       )
                                         )
12   Maricopa County Sheriff's Office, et al., )
                                         )
13            Defendants.                )
                                         )
14

15         On December 23, 2005, Magistrate Judge Lawrence O. Anderson issued a Report and

16   Recommendation, [dkt. 12], recommending that this case be dismissed without prejudice for

17   Plaintiff's failure to comply with Court orders. Plaintiff has not filed a Response or

18   Objection.  Accordingly,

19         **IT IS ORDERED** that the Report and Recommendation [dkt. 12] is **ADOPTED**;

20   Plaintiff's First Amended Complaint [dkt. 5] and this action are **DISMISSED** without

21   prejudice.

22         DATED this 20th day of September, 2006.

23

24

                                    Earl H. Carroll
25                                  United States District Judge

26

27

28